FILED

12/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0459

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0459

_____

B.Y.O.B., Inc., a Montana Corporation, JIM GLANTZ,
Individually and as PERSONAL REPRESENTATIVE
OF THE ESTATE OF DONNA GLANTZ, Deceased,
ON BEHALF OF THE ESTATE OF DONNA
GLANTZ, BARBARA RILEY, MEADOW LAKE
REAL ESTATE a/b/n of CYA, Inc., GILDO, LLC, a
Montana Limited Liability Company, TERIN
GILDEN, and NATHAN GILDEN,

      Plaintiffs and Appellants,                    O R D E R

v.

STATE OF MONTANA, a governmental entity; THE
MONTANA DEPARTMENT OF REVENUE, a
political subdivision of the State of Montana; and
DOES A - Z,

      Defendants and Appellees

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure.

M. R. App. P. 12(1)(i) requires appellants to attach an appendix including the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support. Appellant's brief contains no appendix to the judgment or order appealed.

M. R. App. P. 11(6)(b) sets forth the information that must be presented on the cover of each brief, which includes the name, venue, and presiding judge of the tribunal from which the appeal is taken. Appellant's brief contains no indication of the name, venue, and presiding judge of the tribunal from which the appeal is taken.

M. R. App. P. 12(1)(f) requires a summary of the argument before the argument portion of the brief. The summary of the argument should include a heading identifying it as a separate section. The summary should be a clear and concise statement of the arguments made in the body of the brief. Appellant's brief contains no separate section for the summary of the argument.

After reviewing the Appellant's opening brief filed on December 29, 2020, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court this brief containing the revisions necessary to comply with the specified Rules and that the Appellants shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the resubmitted brief and appendix.

The Clerk is directed to provide a true copy of this Order to counsel for the Appellants and to all counsel of record.

2